NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE VEGAS AMUSEMENT, INC.

---

2012-1279
(Reexamination No. 90/011,023)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

Vegas Amusement, Inc. moves without opposition for leave to file a supplemental appendix containing certain documents available online and cited in its reply brief before the Board of Patent Appeals and Interferences.  The court notes that the court granted judicial notice of these documents in the court's order dated September 28, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

IN RE VEGAS AMUSEMENT, INC.                                    2

FOR THE COURT

OCT 0 4 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael Dergosits, Esq.
     Raymond T. Chen, Esq.

s21